O'BRIEN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Mary O'Brien, as administratrix, etc., of John O'Brien, deceased, against the Erie Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs, on the authority of O'Brien v.

Erie R. Co., 139 App. Div. 291, 123 N. Y. Supp. 1040.

BURR, J., dissents.